UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03926 SJO (ADS)  Date: October 1, 2019

Title: *Robert Maurice Dawkins v. Debbie Asuncion*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  Attorney(s) Present for Respondent(s):
None Present  None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 3, 2018, Petitioner Robert Maurice Dawkins constructively filed a Petition for Writ of Habeas Corpus by a Person in State Custody. [Dkt. No. 1]. On March 14, 2019, this Court granted Petitioner's Motion for Stay to allow Petitioner to exhaust his unexhausted claims in state court. [Dkt. No. 9]. In addition, the Court ordered Petitioner to file a brief status report informing the Court of the status of his state habeas petition by May 13, 2019. [Id.]. On April 15, 2019, Petitioner filed a "Request for 90 Day Extension to File a Status Report, Due to Petitioner's Recent Ad-Seg Placement" ("First Request for Extension of Time"). [Dkt. No. 10]. This Court granted Petitioner a sixty-day extension of time and ordered him to file a status report with a copy of his state habeas petition by July 12, 2019, but permitted an additional extension of time if Petitioner continued to be housed without access to his property. [Dkt. No. 11].

On July 18, 2019, Petitioner filed a "Request for 60 Day Extention to File a Status Report, Due to Petitioner's Recent Ad SHU Placement" ("Second Request for Extension of Time"). [Dkt. No. 12]. Petitioner stated that "as of the date of this request [for extension of time] petitioner is house in an segregated housing unit" and is "currently without access to personal or legal property in order to file said habeas corpus in the state courts." [Id., p. 2].

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:18-03926 SJO (ADS)                     Date: October 1, 2019

Title: *Robert Maurice Dawkins v. Debbie Asuncion*

    On July 22, 2019, the Court granted Petitioner another sixty-day extension of time and ordered him to file a status report with a copy of his state habeas petition by September 10, 2019. [Dkt. No. 13]

    As of the date of this Order, Petitioner has not filed any status report or otherwise communicated with the Court about his case. However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute this claim and/or follow orders to update the court on the status of Petitioner's exhaustion efforts, **by no later than October 15, 2019.**

    If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

    **Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

    **IT IS SO ORDERED.**

Initials of Clerk kh